IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DISTRICT

| | | |
|---|---|---|
| LASHUNDRA JACKSON<br>    Plaintiff, | § | |
| | § | |
| | § | |
| v. | § | CASE NO.: 2:07-CV-645-MEF |
| | § | |
| STATE OF ALABAMA DEPARTMENT OF | § | |
| TRANSPORTATION, JOE MCINNES, IN HIS | § | |
| OFFICIAL CAPACITY AS DIRECTOR OF THE | § | |
| STATE OF ALABAMA DEPARTMENT OF | § | |
| TRANSPORTATION | § | |
|     Defendants. | § | |

## PLAINTIFF'S CONFLICT DISCLOSURE STATEMENT

COMES NOW, LaShundra Jackson, Plaintiff in the above-captioned matter, and in accordance

with the order of this Court, makes the following disclosure concerning parent companies, subsidiaries,

partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or

similar entities reportable under the provisions of the Middle District of Alabama's General Order No.

3047:

1.    Plaintiff LaShundra Jackson is an individual party.

Respectfully submitted

ROSS | MELTON, P.C.
1104 San Antonio Street
Austin, Texas 78701
Telephone: 512/474-7677
Facsimile: 512/474-5306

_____
Kell Simon
Alabama State Bar No.: ASB-0214-O77K

## CERTIFICATE OF SERVICE

I hereby certify that on this the 8th day of August, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECT system, which will send notification to the following:

Troy King, Attorney General
Andrew W. Redd, Assistant Attorney General
State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama 36110
redda@dot.state.al.us
Trippej@dot.state.al.us

Kell Simon