**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **LASHUNDRA JACKSON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| **v.** | ) |
| | ) **CASE NO. 2:07-cv-645-MEF** |
| **STATE OF ALABAMA DEPARTMENT OF** | ) |
| **TRANSPORTATION, JOE MCINNES, etc.,** | ) |
| | ) |
| **Defendants.** | ) |

**DEFENDANTS REPLY TO PLAINTIFF'S RESPONSE IN OPPOSITION TO
DEFENDANT'S MOTION TO TRANSFER VENUE**

COME NOW Defendants, the State of Alabama Department of Transportation (hereinafter referred to as "ALDOT") and State Transportation Director D.J. "Joe" McInnes, and reply as follows to Plaintiff's Response in Opposition (Doc. No. 8) to Defendants' Motion to Transfer Venue (Doc. No. 2):

1.      In its response to ALDOT's Motion to Transfer Venue, Plaintiff LaShundra Jackson directs this Court to Title VII's venue provision, which states "Such an action may be brought in any judicial district in the State in which the unlawful employment practice is alleged to have been committed…."  However, 42 U.S.C. § 2000e-5(f)(3) also states that this cause could have been brought "in the judicial district in which the employment records relevant to such practice are maintained and administered, or in the judicial district in which the aggrieved person would have worked but for the alleged unlawful employment practice…."  ALDOT avers that the United States District Court for the Southern District of Alabama in Mobile, Alabama, meets all of the venue criteria set out in § 2000e-5(f)(3).

2.      "For the convenience of the parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have

been brought."  28 U.S.C § 1404(a).  The District Court in Mobile, Alabama, is the most

convenient forum for all of the parties.  Plaintiff alleges that the unlawful employment practices

occurred in the Department's Ninth Division Office in Mobile, Alabama.  (Doc. No. 1.).

Plaintiff was employed by ALDOT's Ninth Division office in Mobile, Alabama, which is located

in the Southern District of Alabama.  All of the events relevant to the issues in this cause

occurred in Mobile, Alabama.  *See* Affidavit of Ronnie F. Poiroux, attached hereto.  Virtually all

of the fact witnesses are located at ALDOT's Ninth Division office in Mobile County, Alabama.

*Id.*  Specifically, these witnesses include all of those persons who supervised Plaintiff Jackson,

the witnesses identified in her EEOC charge, and those persons who witnessed the events alleged

in her EEOC charge.  *Id.*  The interests of justice are best served when a court considers "the

forum in which the judicial resources could most efficiently be utilized and the place in which

the trial would be most 'easy, expeditious and inexpensive.'"  *See Howell v. Tanner*, 650 F.2d

610, 616 (5th Cir. 1981); s*ee also, Gulf Oil Corp. v. Gilbert*, 330 U.S. 501, 508, 67 S.Ct. 839,

843, 91 L.Ed. 1055, 1062 (1947).  A trial in the United States District Court for the Middle

District of Alabama would cause the Mobile witnesses to lose valuable work time and would

also cause the State to incur additional, unnecessary expenses.  *See* Affidavit of Ronnie Poiroux.

Plaintiff Jackson resides in Mobile County, Alabama.  Allowing the trial of this cause to take

place in Montgomery, Alabama, would increase costs to Plaintiff that might be passed on to the

State if Plaintiff were to prevail.

   3.  Neither counsel for Plaintiff nor counsel for Defendants would be inconvenienced

by transferring venue inasmuch as Plaintiff's counsel is located in Austin, Texas, and

Defendants' counsel are located in Montgomery, Alabama.  Counsel for Defendants do not

object to traveling to Mobile for a trial in this cause.  Mobile, Alabama, is closer by land and air

to Austin, Texas.  In addition, Mobile Regional Airport offers more daily flights (in particular, to

Texas) than Montgomery Regional Airport.  *See* airline schedules, attached hereto as

"Exhibit 1."

4.      Virtually all evidence, including witnesses and documents, is located or available

in Mobile, Alabama.  Although ALDOT's central office in Montgomery maintains a copy of

Plaintiff's personnel records, its Ninth Division office in Mobile, Alabama, is the original point

of entry for these records, and these files are readily available in Mobile.  *See* Affidavit of

Ronnie F. Poiroux.

5.      The individual Defendant, Director D.J. McInnes, is located in Montgomery,

Alabama.  However, Director McInnes only reviews the facts for a final determination on

termination.  He does not have personal, first-hand knowledge of the facts of this case and is

rarely, if ever, called as a witness in Title VII actions.

WHEREFORE, the above premises considered, Defendants pray that this Honorable

Court transfer venue from the United States District Court for the Middle District of Alabama to

the United States District Court for the Southern District of Alabama.

RESPECTFULLY SUBMITTED
TROY KING
ATTORNEY GENERAL

s/ Jason A. Trippe
Jim R. Ippolito, Jr. (IPP001)
Assistant Attorney General
Chief Counsel

Andrew W. Redd (RED001)
Jason A. Trippe (TRI012)
Assistant Attorneys General
Assistant Counsel

3

**ADDRESS OF COUNSEL:**
State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama  36110
Telephone:  (334) 242-6350
Facsimile:  (334) 264-4359
redda@dot.state.al.us
trippej@dot.state.al.us

**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **LASHUNDRA JACKSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | |
| | ) | **CASE NO. 2:07-cv-645-MEF** |
| **STATE OF ALABAMA DEPARTMENT OF** | ) | |
| **TRANSPORTATION, JOE MCINNES,** *etc.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that, on **August 23, 2007**, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECT system, which will send notification to the following:

Mr. Kell A. Simon, Esq.
Ross Melton, P.C.
1104 San Antonio Street
Austin, Texas 78701
ATTORNEY FOR PLAINTIFF

s/ Jason A. Trippe
Jason A. Trippe (TRI012)
Assistant Attorney General
Assistant Counsel

**ADDRESS OF COUNSEL:**
State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama 36110
(334) 242-6350 (office)
(334) 264-4359 (facsimile)
redda@dot.state.al.us
trippej@dot.state.al.us

5

## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

2007 AUG 23  A 9: 24

LASHUNDRA JACKSON,                    )
                                      )
     Plaintiff,                      )
                                      )
v.                                    )    CASE NO. 2:07-cv-645-MEF
                                      )
STATE OF ALABAMA DEPARTMENT           )
OF TRANSPORTATION, JOE MCINNES,       )
etc.,                                 )
     Defendants.                     )
                                      )


STATE OF ALABAMA            )
                           )
COUNTY OF MOBILE            )


### AFFIDAVIT OF RONALD F. POIROUX

Before me, the undersigned Notary Public, personally appeared **Ronald F. Poiroux**, who is known to me and who, being first duly sworn by me, deposes and states as follows:

"My name is Ronald F. Poiroux. I am a resident of Mobile County, Alabama, am over the age of 19 years, and am competent to testify as to the matters contained in this affidavit. I am the Division Engineer for the Alabama Department of Transportation's Ninth Division office in Mobile, Alabama. I am responsible for the day-to-day administrative operations of ALDOT's Ninth Division which includes Conecuh, Escambia, Baldwin and Mobile counties.

"Lashundra Jackson was employed by ALDOT's Ninth Division Office in Mobile, Alabama.

"All witnesses listed in Ms. Jackson's EEOC questionnaire are employed by ALDOT's Ninth division office in Mobile, Alabama.

"All fact witnesses are employed by ALDOT's Ninth Division office in Mobile, Alabama. Ms. Jackson's immediate supervisor was Bret Paulk. Mr. Paulk is employed by ALDOT's Ninth Division, District One office in Mobile, Alabama. Mr. Paulk's immediate supervisor is Jay Palmer. Mr. Palmer is employed by ALDOT's Ninth Division, District One office in Mobile, Alabama. Other witnesses who worked closely with Ms. Jackson are Vince Calametti, Leon Malone, Austin Harville, Josh McElhenney, Jeannette Brown, Joey Fresolone and Chris Burdette. Each of these employees works in Mobile County, Alabama. Other witnesses, i.e. persons who worked with her on a daily basis who we believe to have knowledge of the claims, would be located in the greater Mobile, Alabama area.

"ALDOT's Ninth Division office in Mobile, Alabama does maintain the primary personnel file for all of its employees including Ms. Jackson. The Ninth Division office is the first point of entry for original personnel records for its employees. Personnel records for this office are readily available in Mobile.

"If this trial were held in Montgomery the State would incur the costs of travel, meals and hotel expenses for these witnesses. Whearas, if this trial were transferred, these witnesses could be "on-call" and could attend to their daily work activities until called upon to testify and the State would not incur additional travel expenses."

_Ronald F. Poiroux_

Ronald F. Poiroux

SWORN TO AND SUBSCRIBED before me on this 22 day of Aug., 2007.

_Jeannette Brown_

Notary Public, State at Large

My Commission Expires: 12/10/07

2

**MONTGOMERY REGIONAL AIRPORT FLIGHT SCHEDULES**

ASA/Delta Connection

Montgomery (MGM) to/from Atlanta (ATL)

Departures          Arrivals

| Flt 4727 | 6:25 am | Flt 4121 | 8:56 am |
|----------|---------|----------|---------|
| Flt 4772 | 7:15 am | Flt 4122 | 11:10 am |
| Flt 4630 | 9:30 am | Flt 4890 | 1:05 pm |
| Flt 4084 | 11:30 am | Flt 4903 | 2:33 pm |
| Flt 4638 | 1:35 pm | Flt 4628 | 4:37 pm |
| Flt 4734 | 3:05 pm | Flt 4125 | 7:10 pm |
| Flt 4516 | 5:15 pm | Flt 4083 | 10:28 pm |

Montgomery (MGM) to/from Cincinnati (CVG)

Departures          Arrivals

| Flt 4410 | 7:45 am | Flt 4863 | 8:05 pm |
|----------|---------|----------|---------|

US Airways Express

Montgomery (MGM) to/from Charlotte (CLT)

Departures          Arrivals

| Flt 2344 | 6:10 am | Flt 2377 | 10:23 am |
|----------|---------|----------|---------|
| Flt 2377 | 11:00 am | Flt 2893 | 3:59 pm |
| Flt 2352 | 4:24 pm | Flt 2583 | 8:34 pm |

Northwest Airlink

Montgomery (MGM) to/from Memphis (MEM)

Departures          Arrivals

| Flt 5712 | 6:40 am | Flt 5779 | 10:55 am |
|----------|---------|----------|---------|
| Flt 5949 | 11:45 am | Flt 5731 | 3:55 pm |
| Flt 5925 | 4:25 pm | Flt 5944 | 8:30 pm |

Continental Express



Montgomery (MGM) to/from Houston (IAH)

Departures                Arrivals

Flt 2026    6:15 am  Flt 2924    5:07 pm
Flt 2466    5:32 pm  Flt 3104    9:02 pm


All flight schedules are subject to change without notice.


Back to Airlines

## August 2007 Departures

| Departing To | Airline | Flight | Time | Gate | Exceptions |
|---|---|---|---|---|---|
| Atlanta | Delta | 4255 | 6:00 AM | 1 | |
| Charlotte | US Airways | 2540 | 6:05 AM | 6 | |
| Dallas | American | 3424 | 6:20 AM | 5 | |
| Memphis | Northwest | 5933 | 6:25 AM | 4 | |
| Houston | Continental | 3436 | 6:45 AM | 7 | Exc Sun |
| Houston | Continental | 2433 | 6:45 AM | 7 | Sun Only |
| Atlanta | Delta | 1544 | 7:45 AM | 1 | |
| Houston | Continental | 2971 | 9:05 AM | 7 | Exc Sat |
| Atlanta | Delta | 4776 | 9:25 AM | 1 | |
| Charlotte | US Airways | 2539 | 11:10 AM | 3 | Exc Sun |
| Memphis | Northwest | 5796 | 11:25 PM | 4 | |
| Atlanta | Delta | 4296 | 11:57 AM | 1 | |
| Houston | Continental | 2458 | 11:59 AM | 7 | |
| Dallas | American | 3350 | 12:20 PM | 5 | |
| Charlotte | US Airways | 2392 | 12:30 PM | 6 | Sun Only |
| Chicago | American | 3927 | 1:55 PM | 5 | |
| Atlanta | Delta | 4189 | 2:15 PM | 1 | |
| Houston | Continental | 3407 | 2:25 PM | 7 | |
| Dallas | American | 3820 | 3:25 PM | 5 | |
| Charlotte | US Airways | 2492 | 4:00 PM | 3 | Sat Only |
| Houston | Continental | 2367 | 4:20 PM | 7 | Exc Sat |
| Memphis | Northwest | 5733 | 4:25 PM | 4 | |
| Atlanta | Delta | 4094 | 4:58 PM | 1 | |
| Dallas | American | 3588 | 5:50 PM | 5 | |
| Atlanta | Delta | 4112 | 6:20 PM | 1 | |
| Charlotte | US Airways | 2492 | 6:51 PM | 3 | Exc Sat |
| Houston | Continental | 3414 | 6:55 PM | 7 | |

## August 2007 Arrivals

| Arriving From | Airline | Flight | Time | Gate | Exceptions |
|---|---|---|---|---|---|
| Houston | Continental | 3059 | 8:38 AM | 7 | Exc Sat |
| Atlanta | Delta | 4277 | 9:00 AM | 1 | |
| Charlotte | US Airways | 2539 | 10:40 AM | 3 | Exc Sun |
| Memphis | Northwest | 5904 | 10:47 AM | 4 | |
| Atlanta | Delta | 4682 | 11:27 AM | 1 | |
| Houston | Continental | 3119 | 11:33 AM | 7 | |
| Dallas | American | 3401 | 11:50 AM | 5 | |
| Charlotte | US Airways | 2319 | 11:55 AM | 3 | Sun only |
| Chicago | American | 3935 | 1:25 PM | 5 | |
| Atlanta | Delta | 4927 | 1:49 PM | 1 | |
| Houston | Continental | 3388 | 1:58 PM | 7 | |
| Dallas | American | 3821 | 3:00 PM | 5 | |
| Charlotte | US Airways | 2492 | 3:29 PM | 3 | Sat Only |
| Memphis | Northwest | 5914 | 3:50 PM | 4 | |
| Houston | Continental | 2084 | 3:53 PM | 7 | Exc Sat |
| Atlanta | Delta | 4467 | 4:28 PM | 1 | |
| Dallas | American | 3591 | 5:10 PM | 5 | |
| Atlanta | Delta | 4311 | 5:55 PM | 1 | |
| Houston | Continental | 3408 | 6:03 PM | 7 | |
| Charlotte | US Airways | 2492 | 6:11 PM | 3 | Exc Sat |
| Atlanta | Delta | 577 | 7:16 PM | 1 | |
| Dallas | American | 3425 | 7:30 PM | 5 | |
| Charlotte | US Airways | 2517 | 8:37 PM | 3 | Sat Only |
| Memphis | Northwest | 5763 | 8:52 PM | 4 | |
| Houston | Continental | 3400 | 8:55 PM | 7 | |
| Atlanta | Delta | 4379 | 9:30 PM | 1 | |
| Charlotte | US Airways | 2517 | 11:02 PM | 3 | Exc Sat |