IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LASHUNDRA JACKSON § § Plaintiff, § § v. § CASE NO.: 2:07-CV-645-MEF § STATE OF ALABAMA DEPARTMENT OF § TRANSPORTATION, JOE MCINNES, IN HIS § OFFICIAL CAPACITY AS DIRECTOR OF THE § STATE OF ALABAMA DEPARTMENT OF § TRANSPORTATION § § § Defendants. § | |

### REPORT OF PARTIES' PLANNING MEETING

Pursuant to Fed.R.Civ.P. 26(f), a meeting was held on **September 17, 2007**, with participation by the following:

KELL A. SIMON on behalf of plaintiff, LaShundra Jackson

ANDREW REDD on behalf of defendants, Alabama Department of Transportation and Joe McInnes.

1. **Pre-Discovery Disclosures.** The parties will exchange by **October 15, 2007** the information required by Rule 26.

2. **Discovery Plan.** The parties jointly propose to the court the following discovery plan:

Discovery will be needed on the following subjects:

    i.    factual information concerning the alleged discriminatory treatment and termination of the plaintiff;
    ii.    any and all damages claimed by the plaintiff;
    iii.    plaintiff's employment history and work performance;
    iv.    general issues of liability; and
    v.    any and all issues raised in the answer, including affirmative defenses.

3. All discovery commenced in time to be completed by **May 1, 2008.**

4. **Written discovery** will be conducted in compliance with the Federal Rules of Civil Procedure.

5. **Depositions:** Maximum of **9** depositions by each party, each deposition to be limited to a maximum of 7 hours unless extended by agreement of the parties.

6. Reports from retained experts under Rule 26(a)(2) due:
   From the plaintiff by **February 1, 2008**
   From the defendant by **March 1, 2008**

7. **Electronic Discovery.** The parties have discussed the production of electronically stored information and suggest that such information be handled as follows: Defendants may have electronically stored information and will produce such responsive information to plaintiff in paper form, in a .pdf format, or on compact or digital video discs.

8. **Supplementation under Rule 26.** All supplementation under Rule 26 will be due immediately upon discovering additional information, with final supplementation due within **30** days of the discovery deadline.

9. **Other Items.**

a. **Scheduling Order Conference:** The parties do not request a conference with the court before entry of the scheduling order.

b. **Additional Parties:**

   1. The plaintiff should be allowed until **December 1, 2007** to join additional parties and to amend the pleadings.

   2. The defendant should be allowed until **January 1, 2008** to join additional parties and to add defenses and amend the pleadings.

10. All potentially dispositive motions should be filed by **April 1, 2008.**

11. The parties request a final pretrial conference by **July 1, 2008.**

12. Final lists of trial evidence under Rule 26(a)(3) should be due:

   a. From the plaintiff: witnesses and exhibits by **30** days before trial;

    b.    From defendant: witnesses and exhibits by **30** days before trial;

    c.    Parties should have **14** days after service of final lists of trial evidence to list objections under Rule 26(a)(3).

    d.    The case should be ready for trial by **August 2008** and, at this time, is expected to take approximately **2 to 3** days.

Respectfully submitted,

_____s/ Kell Simon_____
Kell Simon, ASB-0214-O77K
Attorney for Plaintiff

**OF COUNSEL:**

ROSS MELTON
1104 San Antonio Street
Austin, Texas 78701
(512) 474-7677
(512) 474-5306 (facsimile)

_____s/ Andrew Redd_____
Jim Ippolito (IPP-001)
Andrew Redd (RED-001)
Jason A. Trippe (TRI-012)
Attorney for Defendants

**OF COUNSEL:**

ALABAMA DEPARTMENT OF TRANSPORTATION
1409 Coliseum Boulevard
Montgomery, Alabama 36110
(334) 242-6350
(334) 264-4359 (facsimile)