# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **LASHUNDRA JACKSON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| v. | ) |
| | ) CASE NO. 2:07-cv-645-MEF |
| **STATE OF ALABAMA DEPARTMENT OF** | ) |
| **TRANSPORTATION, JOE MCINNES,** *etc.*, | ) |
| | ) |
| **Defendants.** | ) |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

COME NOW Defendants, the State of Alabama Department of Transportation (hereinafter "ALDOT") and Joe McInnes, and move this Court to grant them summary judgment in this matter. As grounds therefor, Defendants state as follows:

1. Plaintiff has failed to state a claim for which relief can be granted.

2. Plaintiff has failed to set forth a *prima facie* claim for racial discrimination under either Title VII or 42 U.S.C. § 1981.

3. Plaintiff has failed to set forth a *prima facie* claim for gender and pregnancy discrimination under Title VII.

4. Plaintiff has failed to set forth a *prima facie* claim for retaliation under either Title VII or 42 U.S.C. § 1981.

5. Defendants are entitled to favorable summary judgment as a matter of law.

6. Defendants file contemporaneously herewith their Memorandum Brief and Evidentiary Materials in Support of this Motion for Summary Judgment.

        RESPECTFULLY SUBMITTED
        TROY KING
        ATTORNEY GENERAL

        <u>s/ Andrew W. Redd</u>
        Jim R. Ippolito, Jr. (IPP001)
        Assistant Attorney General
        Chief Counsel

        Andrew W. Redd (RED001)
        Jason A. Trippe (TRI012)
        Assistant Attorneys General
        Assistant Counsel

**ADDRESS OF COUNSEL:**
State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama  36110
Telephone:  (334) 242-6350
Facsimile:  (334) 264-4359
redda@dot.state.al.us
trippej@dot.state.al.us

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LASHUNDRA JACKSON, | ) |
| | ) |
| **Plaintiff,** | ) |
| v. | ) |
| | ) CASE NO. 2:07-cv-645-MEF |
| STATE OF ALABAMA DEPARTMENT OF | ) |
| TRANSPORTATION, JOE MCINNES, *etc.*, | ) |
| | ) |
| **Defendants.** | ) |

### CERTIFICATE OF SERVICE

I hereby certify that, on **May 30, 2008**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECT system, which will send notification to the following:

Mr. Kell A. Simon, Esq.
Ross Melton, P.C.
1104 San Antonio Street
Austin, Texas 78701
ATTORNEY FOR PLAINTIFF

s/ Andrew W. Redd
Andrew W. Redd (RED001)
Assistant Attorney General
Assistant Counsel

**ADDRESS OF COUNSEL:**
State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama  36110
(334) 242-6350 (office)
(334) 264-4359 (facsimile)
redda@dot.state.al.us

3