IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

LASHUNDRA JACKSON,                    )
                                      )
        Plaintiff,                    )
                                      )
v.                                    )    CASE NO. 2:07-cv-645-MEF
                                      )
STATE OF ALABAMA DEPARTMENT           )
OF TRANSPORTATION., *et al.,*         )
                                      )
        Defendants.                   )

# **O R D E R**

Upon consideration of the plaintiff's Motion for Extension of Time (Doc. #21)

filed on June 6, 2008, it is hereby

ORDERED that the motion is DENIED.

DONE this the 10th day of June, 2008.

                        /s/ Mark E. Fuller
        _____
        CHIEF UNITED STATES DISTRICT JUDGE