## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| LASHUNDRA JACKSON, | ) |
| | ) |
|     **Plaintiff,** | ) |
| **v.** | ) |
| | )   **CASE NO. 2:07-cv-645-MEF** |
| STATE OF ALABAMA DEPARTMENT OF | ) |
| TRANSPORTATION, JOE MCINNES, *etc.*, | ) |
| | ) |
|     **Defendants.** | ) |

## SECOND SUPPLEMENTAL EVIDENTIARY MATERIALS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants State of Alabama Department of Transportation (hereinafter "ALDOT") and Joe McInnes submit the following evidentiary materials in support of their previously filed Motion for Summary Judgment (Doc No. 16) and their Reply to Plaintiff's Response in Opposition (Doc No. 23) to Defendants' Motion for Summary Judgment, wish is being filed contemporaneously herewith:

### DEFENDANTS' EXHIBITS

26.     ALDOT Ninth Division, All Math Classes, January 1, 2002 – February 27, 2008;

27.     Ninth Division Staff Meeting  September 23, 2003, (notes);

28.     Interview Form dated May 10, 2006;

29.     December 19, 2006, Memorandum to File by Bret Paulk;

30.     March 21, 2007, letter to Lisa S. Champagne, with attached page from Exhibit 26 and attached Probationary Performance Appraisal, dated September 14, 2007;

31.     Excerpt of Deposition of Bret Paulk;

32.     State Employee's Membership Status Change form, signed by Mary Weaver on April 17, 2003.

RESPECTFULLY SUBMITTED
TROY KING
ATTORNEY GENERAL

s/ Andrew W. Redd
Jim R. Ippolito, Jr. (IPP001)
Assistant Attorney General
Chief Counsel

Andrew W. Redd (RED001)
Jason A. Trippe (TRI012)
Assistant Attorneys General
Assistant Counsel

**ADDRESS OF COUNSEL:**
State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama  36110
Telephone:  (334) 242-6350
Facsimile:  (334) 264-4359
redda@dot.state.al.us
trippej@dot.state.al.us

**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **LASHUNDRA JACKSON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| **v.** | ) |
| | ) **CASE NO. 2:07-cv-645-MEF** |
| **STATE OF ALABAMA DEPARTMENT OF** | ) |
| **TRANSPORTATION, JOE MCINNES,** *etc.,* | ) |
| | ) |
| **Defendants.** | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that, on **June 24, 2008**, I electronically filed the foregoing with the Clerk

of the Court using the CM/ECT system, which will send notification to the following:

Mr. Kell A. Simon, Esq.
Ross Melton, P.C.
1104 San Antonio Street
Austin, Texas 78701
ATTORNEY FOR PLAINTIFF


s/ Andrew W. Redd
Andrew W. Redd (RED001)
Assistant Attorney General
Assistant Counsel

**ADDRESS OF COUNSEL:**
State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama  36110
(334) 242-6350 (office)
(334) 264-4359 (facsimile)
redda@dot.state.al.us

**ALDOT Ninth Division**
**All Math Classes**
**January 1, 2002 - February 27, 2008**

| ID | Name | Course | Title | Start Date | Grade |
|---|---|---|---|---|---|
| 083713 | Adams,Terry Jerome | 000168 | Basic Mathematics | 2005-05-16 | FL |
| 083965 | Alexander,Danielle D | 000168 | Basic Mathematics | 2005-05-16 | P |
| 083965 | Alexander,Danielle D | 000104 | Algebra | 2005-06-07 | P |
| 083965 | Alexander,Danielle D | 000505 | Geometry | 2006-01-09 | P |
| 083965 | Alexander,Danielle D | 001284 | Trigonometry | 2006-07-17 | P |
| 001633 | Allison,Avery V | 000168 | Basic Mathematics | 2003-05-19 | P |
| 001633 | Allison,Avery V | 000104 | Algebra | 2003-07-14 | P |
| 001633 | Allison,Avery V | 000505 | Geometry | 2005-07-18 | P |
| 001020 | Andrews,Roger Dale | 000104 | Algebra | 2005-06-07 | FL |
| 001020 | Andrews,Roger Dale | 000104 | Algebra | 2006-08-28 | P |
| 001020 | Andrews,Roger Dale | 000505 | Geometry | 2007-06-18 | P |
| 002525 | Baker,Gary D | 001284 | Trigonometry | 2005-12-05 | FL |
| 001494 | Baskin,Kunta Kente | 000168 | Basic Mathematics | 2004-04-19 | P |
| 094886 | Blan JR,Gene N | 000104 | Algebra | 2007-10-22 | P |
| 000585 | Boone,Joel Q | 000168 | Basic Mathematics | 2004-04-19 | P. |
| 075088 | Brinkman Jr,Allen W | 000104 | Algebra | 2003-07-14 | FL |
| 075088 | Brinkman Jr,Allen W | 000104 | Algebra | 2005-06-07 | P |
| 075088 | Brinkman Jr,Allen W | 000505 | Geometry | 2005-07-18 | P |
| 075088 | Brinkman Jr,Allen W | 001284 | Trigonometry | 2005-12-05 | FL |
| 001522 | Brown,Joel W | 000104 | Algebra | 2003-02-10 | P |
| 001522 | Brown,Joel W | 000505 | Geometry  (In-Service Math Pro | 2003-04-07 | P |
| 001522 | Brown,Joel W | 001284 | Trigonometry | 2003-05-12 | P |
| 001700 | Burroughs,Randell L | 000168 | Basic Mathematics | 2003-05-19 | P |
| 001700 | Burroughs,Randell L | 000104 | Algebra | 2003-07-14 | P |
| 001700 | Burroughs,Randell L | 000505 | Geometry | 2005-07-18 | P |
| 001700 | Burroughs,Randell L | 001284 | Trigonometry | 2005-12-05 | FL |
| 001700 | Burroughs,Randell L | 001284 | Trigonometry | 2006-07-17 | P |
| 009892 | Cain,Maurice T | 000104 | Algebra | 2003-02-10 | FL |
| 074999 | Campbell,Michael G | 000505 | Geometry | 2005-07-18 | P |
| 074999 | Campbell,Michael G | 001284 | Trigonometry | 2005-12-05 | P |
| 058389 | Champagne,Lisa S | 000168 | Basic Mathematics | 2007-07-16 | P |
| 058389 | Champagne,Lisa S | 000104 | Algebra | 2007-08-20 | P |
| 058389 | Champagne,Lisa S | 000505 | Geometry | 2007-11-05 | P |
| 084434 | Chapple III,Mose | 000168 | Basic Mathematics | 2006-02-13 | P |
| 084434 | Chapple III,Mose | 000104 | Algebra | 2006-08-28 | P |
| 084434 | Chapple III,Mose | 000505 | Geometry | 2007-06-18 | P |
| 084434 | Chapple III,Mose | 001284 | Trigonometry | 2007-07-23 | P |
| 001637 | Clark,Peggy D | 000104 | Algebra | 2003-02-10 | P |
| 001637 | Clark,Peggy D | 000505 | Geometry  (In-Service Math Pro | 2003-04-07 | P |
| 009641 | Clark,William H | 000168 | Basic Mathematics | 2007-02-26 | F |
| 083762 | Clement,Diana L | 000104 | Algebra | 2005-06-07 | P |
| 083762 | Clement,Diana L | 000505 | Geometry | 2006-01-09 | P |
| 083762 | Clement,Diana L | 001284 | Trigonometry | 2006-07-17 | P |
| 075008 | Cotton,Thomas S | 000168 | Basic Mathematics | 2005-05-16 | P |
| 075008 | Cotton,Thomas S | 000104 | Algebra | 2005-06 | P |
| 075008 | Cotton,Thomas S | 000505 | Geometry | 2005-0 | |
| 000628 | Crook,Kenya Janice | 000168 | Basic Mathematics | 2004-0 | |

DEFENDANT'S
EXHIBIT
26

**ALDOT Ninth Division**
**All Math Classes**
**January 1, 2002 - February 27, 2008**

| ID | Name | Course | Title | Start Date | Grade |
|---|---|---|---|---|---|
| 009991 | Crosby,Randy D | 000168 | Basic Mathematics | 2004-04-19 | P |
| 095057 | Cunningham,Morrius A | 000104 | Algebra | 2007-10-22 | P |
| 085070 | Dees,Monica | 000104 | Algebra | 2007-03-26 | P |
| 085070 | Dees,Monica | 000505 | Geometry | 2007-06-18 | P |
| 085070 | Dees,Monica | 001284 | Trigonometry | 2007-07-23 | P |
| 075113 | Drakes,Carlon | 000168 | Basic Mathematics | 2005-05-16 | P |
| 075113 | Drakes,Carlon | 000104 | Algebra | 2005-06-07 | P |
| 075113 | Drakes,Carlon | 000505 | Geometry | 2006-01-09 | P |
| 075113 | Drakes,Carlon | 001284 | Trigonometry | 2007-07-23 | P |
| 001806 | Feagin-Sellers,Cynthia B | 000168 | Basic Mathematics | 2003-05-19 | P |
| 001806 | Feagin-Sellers,Cynthia B | 000104 | Algebra | 2003-07-14 | P |
| 001806 | Feagin-Sellers,Cynthia B | 000505 | Geometry | 2005-07-18 | P |
| 001806 | Feagin-Sellers,Cynthia B | 001284 | Trigonometry | 2005-12-05 | P |
| 001845 | Ferguson,Kathie H | 000168 | Basic Mathematics | 2003-05-19 | P |
| 001845 | Ferguson,Kathie H | 000104 | Algebra | 2003-07-14 | FL |
| 001845 | Ferguson,Kathie H | 000104 | Algebra | 2005-06-07 | P |
| 001845 | Ferguson,Kathie H | 000505 | Geometry | 2005-07-18 | P |
| 001845 | Ferguson,Kathie H | 001284 | Trigonometry | 2005-12-05 | FL |
| 001845 | Ferguson,Kathie H | 001284 | Trigonometry | 2006-07-17 | FL |
| 020690 | Ferrell,Dennis Ray | 000104 | Algebra | 2006-10-30 | P |
| 001501 | Fletcher,Debra | 000104 | Algebra | 2003-02-10 | P |
| 001501 | Fletcher,Debra | 000505 | Geometry  (In-Service Math Pro | 2003-04-07 | P |
| 001501 | Fletcher,Debra | 001284 | Trigonometry | 2003-05-12 | P |
| 085186 | Fletcher,Jay M | 000168 | Basic Mathematics | 2007-02-26 | P |
| 085186 | Fletcher,Jay M | 000104 | Algebra | 2007-03-26 | P |
| 085186 | Fletcher,Jay M | 000505 | Geometry | 2007-06-18 | P |
| 085186 | Fletcher,Jay M | 001284 | Trigonometry | 2007-07-23 | P |
| 020747 | Frazier,William A | 000168 | Basic Mathematics | 2003-05-19 | P |
| 020747 | Frazier,William A | 000104 | Algebra | 2003-07-14 | P |
| 020747 | Frazier,William A | 000505 | Geometry | 2005-07-18 | P |
| 020747 | Frazier,William A | 001284 | Trigonometry | 2005-12-05 | FL |
| 020747 | Frazier,William A | 001284 | Trigonometry | 2006-07-17 | P |
| 001279 | Fuller,Anthony M | 000168 | Basic Mathematics | 2002-12-02 | P |
| 001279 | Fuller,Anthony M | 000104 | Algebra | 2003-02-10 | P |
| 001422 | Ganey,Patrisha J | 000104 | Algebra | 2003-02-10 | P |
| 001422 | Ganey,Patrisha J | 000505 | Geometry  (In-Service Math Pro | 2003-04-07 | P |
| 001422 | Ganey,Patrisha J | 001284 | Trigonometry | 2003-05-12 | P |
| 023077 | Gradick III,William H | 001284 | Trigonometry | 2003-05-12 | P |
| 083959 | Griffin,Patricia A | 000168 | Basic Mathematics | 2005-05-16 | P |
| 083959 | Griffin,Patricia A | 000104 | Algebra | 2005-06-07 | P |
| 083959 | Griffin,Patricia A | 000505 | Geometry | 2006-09-18 | P |
| 083964 | Guthrie,David A | 000168 | Basic Mathematics | 2005-05-16 | P |
| 083964 | Guthrie,David A | 000104 | Algebra | 2005-06-07 | P |
| 083964 | Guthrie,David A | 000505 | Geometry | 2006-01-09 | P |
| 083964 | Guthrie,David A | 001284 | Trigonometry | 2007-07-23 | F |
| 074990 | Hansworth,Floyd J | 000168 | Basic Mathematics | 2004-04-19 | P |
| 074990 | Hansworth,Floyd J | 000104 | Algebra | 2005-06-07 | P |

**ALDOT Ninth Division**
**All Math Classes**
**January 1, 2002 - February 27, 2008**

| ID | Name | Course | Title | Start Date | Grade |
|---|---|---|---|---|---|
| 074990 | Hansworth,Floyd J | 000505 | Geometry | 2005-07-18 | FL |
| 074990 | Hansworth,Floyd J | 000505 | Geometry | 2006-01-09 | P |
| 074990 | Hansworth,Floyd J | 001284 | Trigonometry | 2006-07-17 | P |
| 001648 | Havard,Joshua Owen | 000505 | Geometry | 2006-01-09 | P |
| 001648 | Havard,Joshua Owen | 001284 | Trigonometry | 2006-07-17 | P |
| 026866 | Haywood,James L | 000168 | Basic Mathematics | 2004-04-19 | FL |
| 001532 | Hollinger Sr,Eric Lushune | 000168 | Basic Mathematics | 2004-04-19 | FL |
| 001645 | Hollinger,Anthony Delee | 000168 | Basic Mathematics | 2005-05-16 | FL |
| 009990 | Howard,Caesar Edward | 000168 | Basic Mathematics | 2004-04-19 | FL |
| 027048 | Howard,Johnny R | 000168 | Basic Mathematics | 2006-02-13 | P |
| 000997 | Hunter,Gwenda K | 000168 | Basic Mathematics | 2002-12-02 | P |
| 000997 | Hunter,Gwenda K | 000104 | Algebra | 2003-07-14 | FL |
| 033631 | Isaac,George C | 000168 | Basic Mathematics | 2007-07-09 | P |
| 033631 | Isaac,George C | 000104 | Algebra | 2007-08-20 | FL |
| 033631 | Isaac,George C | 000104 | Algebra | 2007-10-22 | P |
| 084812 | Jackson,Lashundra M | 000168 | Basic Mathematics | 2006-10-10 | P |
| 001479 | Jackson,Melvin | 000104 | Algebra | 2003-02-10 | P |
| 001479 | Jackson,Melvin | 000505 | Geometry  (In-Service Math Pro | 2003-04-07 | P |
| 001479 | Jackson,Melvin | 001284 | Trigonometry | 2003-05-12 | P |
| 001765 | Johns,Joshua R | 000104 | Algebra | 2003-07-14 | P |
| 001765 | Johns,Joshua R | 000505 | Geometry | 2005-07-18 | P |
| 001765 | Johns,Joshua R | 001284 | Trigonometry | 2005-12-05 | FL |
| 001765 | Johns,Joshua R | 001284 | Trigonometry | 2006-07-17 | P |
| 084024 | Johnson,Kenneth M | 000168 | Basic Mathematics | 2007-07-09 | P |
| 084024 | Johnson,Kenneth M | 000104 | Algebra | 2007-08-20 | P |
| 000684 | Johnston,Richard A | 000104 | Algebra | 2003-02-10 | P |
| 000684 | Johnston,Richard A | 000505 | Geometry  (In-Service Math Pro | 2003-04-07 | P |
| 000684 | Johnston,Richard A | 001284 | Trigonometry | 2003-05-12 | FL |
| 000684 | Johnston,Richard A | 001284 | Trigonometry | 2005-12-05 | FL |
| 000684 | Johnston,Richard A | 001284 | Trigonometry | 2006-07-17 | P |
| 095006 | Jones,Rafael A | 000168 | Basic Mathematics | 2007-09-24 | P |
| 095006 | Jones,Rafael A | 000104 | Algebra | 2007-10-22 | FL |
| 036458 | Kelley,Gary M | 000104 | Algebra | 2003-02-10 | P |
| 036458 | Kelley,Gary M | 000505 | Geometry | 2006-05-22 | P |
| 036458 | Kelley,Gary M | 000505 | Geometry  (In-Service Math Pro | 2003-04-07 | FL |
| 036458 | Kelley,Gary M | 001284 | Trigonometry | 2006-07-17 | P |
| 001777 | Landrum,Larry R | 000104 | Algebra | 2003-07-14 | FL |
| 000967 | Lee,Joseph B | 000168 | Basic Mathematics | 2002-12-02 | P |
| 000967 | Lee,Joseph B | 000104 | Algebra | 2003-02-10 | FL |
| 000967 | Lee,Joseph B | 000104 | Algebra | 2003-07-14 | FL |
| 084101 | Lee,Shannon N | 000104 | Algebra | 2006-05-01 | P |
| 084101 | Lee,Shannon N | 000505 | Geometry | 2007-06-18 | P |
| 084101 | Lee,Shannon N | 001284 | Trigonometry | 2007-07-23 | P |
| 084293 | Lopez Jr,Victor Raul | 000168 | Basic Mathematics | 2007-02-26 | P |
| 084293 | Lopez Jr,Victor Raul | 000104 | Algebra | 2007-03-26 | P |
| 084293 | Lopez Jr,Victor Raul | 000505 | Geometry | 2007-06-18 | P |
| 084293 | Lopez Jr,Victor Raul | 001284 | Trigonometry | 2007-07-23 | P |

**ALDOT Ninth Division**
**All Math Classes**
**January 1, 2002 - February 27, 2008**

| ID | Name | Course | Title | Start Date | Grade |
|---|---|---|---|---|---|
| 084636 | Lowery,Trenton E | 000168 | Basic Mathematics | 2006-08-07 | P |
| 084636 | Lowery,Trenton E | 000104 | Algebra | 2006-08-28 | P |
| 084636 | Lowery,Trenton E | 000505 | Geometry | 2007-06-18 | P |
| 084811 | Majercik,John C | 000104 | Algebra | 2006-08-28 | FL |
| 084811 | Majercik,John C | 000104 | Algebra | 2006-10-30 | P |
| 084811 | Majercik,John C | 000505 | Geometry | 2007-06-18 | P |
| 084811 | Majercik,John C | 001284 | Trigonometry | 2007-07-23 | FL |
| 084458 | Malone,Jason Leebaron | 000168 | Basic Mathematics | 2007-07-09 | P |
| 084458 | Malone,Jason Leebaron | 000104 | Algebra | 2007-08-20 | P |
| 084458 | Malone,Jason Leebaron | 000505 | Geometry | 2007-11-05 | P |
| 000906 | Manuel,Beatrice C | 000168 | Basic Mathematics | 2002-12-02 | P |
| 000906 | Manuel,Beatrice C | 000104 | Algebra | 2003-02-10 | FL |
| 000906 | Manuel,Beatrice C | 000104 | Algebra | 2003-07-14 | FL |
| 000906 | Manuel,Beatrice C | 000104 | Algebra | 2005-06-07 | P |
| 000906 | Manuel,Beatrice C | 000505 | Geometry | 2006-01-09 | FL |
| 084268 | McNorton Jr,Samuel Todd | 000168 | Basic Mathematics | 2006-08-07 | P |
| 084268 | McNorton Jr,Samuel Todd | 000104 | Algebra | 2006-08-28 | P |
| 084268 | McNorton Jr,Samuel Todd | 000505 | Geometry | 2007-06-18 | P |
| 041835 | Mitchell,Edward L | 000104 | Algebra | 2003-02-10 | FL |
| 020647 | Molsbee,Tommie J | 000104 | Algebra | 2003-02-10 | FL |
| 020647 | Molsbee,Tommie J | 000104 | Algebra | 2003-07-14 | FL |
| 020647 | Molsbee,Tommie J | 000104 | Algebra | 2005-06-07 | P |
| 020647 | Molsbee,Tommie J | 000505 | Geometry | 2005-07-18 | FL |
| 000804 | Nash,Lawrence F | 000168 | Basic Mathematics | 2002-12-02 | P |
| 000804 | Nash,Lawrence F | 000104 | Algebra | 2003-02-10 | P |
| 001644 | O'Rourke,Dianna W | 000104 | Algebra | 2003-02-10 | FL |
| 001644 | O'Rourke,Dianna W | 000104 | Algebra | 2003-07-14 | P |
| 001644 | O'Rourke,Dianna W | 000505 | Geometry | 2005-07-18 | P |
| 001644 | O'Rourke,Dianna W | 001284 | Trigonometry | 2005-12-05 | P |
| 075741 | Payne Sr,Demetrius Larussell | 000168 | Basic Mathematics | 2005-05-16 | P |
| 084632 | Pettway,Randy | 000505 | Geometry | 2006-05-22 | P |
| 084632 | Pettway,Randy | 001284 | Trigonometry | 2006-07-17 | P |
| 083731 | Pettway,Rickey | 000168 | Basic Mathematics | 2005-05-16 | P |
| 050433 | Poiroux Jr,Joseph A | 000104 | Algebra | 2003-02-10 | P |
| 050433 | Poiroux Jr,Joseph A | 000505 | Geometry  (In-Service Math Pro | 2003-04-07 | P |
| 050433 | Poiroux Jr,Joseph A | 001284 | Trigonometry | 2005-12-05 | FL |
| 050433 | Poiroux Jr,Joseph A | 001284 | Trigonometry | 2007-07-23 | P |
| 075653 | Powell,Belinda J | 000505 | Geometry | 2006-01-09 | P |
| 075653 | Powell,Belinda J | 001284 | Trigonometry | 2006-07-17 | P |
| 000999 | Presley,Phillip D | 000168 | Basic Mathematics | 2002-12-02 | P |
| 000999 | Presley,Phillip D | 000104 | Algebra | 2003-02-10 | P |
| 000999 | Presley,Phillip D | 000505 | Geometry  (In-Service Math Pro | 2003-04-07 | P |
| 000999 | Presley,Phillip D | 001284 | Trigonometry | 2003-05-12 | P |
| 084805 | Reed,Darrin D | 000104 | Algebra | 2006-08-28 | P |
| 084805 | Reed,Darrin D | 000505 | Geometry | 2007-06-18 | P |
| 084805 | Reed,Darrin D | 001284 | Trigonometry | 2007-07-23 | P |
| 001851 | Reed,Marilyn E | 000104 | Algebra | 2003-07-14 | FL |

**ALDOT Ninth Division**
**All Math Classes**
**January 1, 2002 - February 27, 2008**

| ID | Name | Course | Title | Start Date | Grade |
|----|------|--------|-------|-----------|-------|
| 085211 | Roberts,Charles A | 000505 | Geometry | 2007-06-18 | P |
| 085211 | Roberts,Charles A | 001284 | Trigonometry | 2007-07-23 | P |
| 084634 | Robinson,Dejuan P | 000168 | Basic Mathematics | 2006-08-07 | P |
| 084634 | Robinson,Dejuan P | 000505 | Geometry | 2007-06-18 | P |
| 084634 | Robinson,Dejuan P | 001284 | Trigonometry | 2007-07-23 | P |
| 000734 | Rodgers,Lois Jean | 000168 | Basic Mathematics | 2002-12-02 | P |
| 000734 | Rodgers,Lois Jean | 000104 | Algebra | 2003-02-10 | FL |
| 000734 | Rodgers,Lois Jean | 000104 | Algebra | 2003-07-14 | FL |
| 054610 | Rudolph,Patricia A | 000168 | Basic Mathematics | 2004-04-19 | P |
| 191270 | Ryals,Dustan Devon | 000168 | Basic Mathematics | 2006-02-13 | FL |
| 191270 | Ryals,Dustan Devon | 000168 | Basic Mathematics | 2006-08-07 | FL |
| 001639 | Skipper,Earston E | 000168 | Basic Mathematics | 2003-05-19 | P |
| 001639 | Skipper,Earston E | 000104 | Algebra | 2003-07-14 | P |
| 001639 | Skipper,Earston E | 000505 | Geometry | 2005-07-18 | FL |
| 001639 | Skipper,Earston E | 000505 | Geometry | 2006-01-09 | P |
| 000710 | Smith,Marcus E | 000104 | Algebra | 2003-02-10 | P |
| 000710 | Smith,Marcus E | 000505 | Geometry  (In-Service Math Pro | 2003-04-07 | P |
| 000710 | Smith,Marcus E | 001284 | Trigonometry | 2005-12-05 | P |
| 001447 | Snyder,Brandon T | 000104 | Algebra | 2003-02-10 | P |
| 001447 | Snyder,Brandon T | 000505 | Geometry  (In-Service Math Pro | 2003-04-07 | P |
| 001447 | Snyder,Brandon T | 001284 | Trigonometry | 2003-05-12 | FL |
| 001447 | Snyder,Brandon T | 001284 | Trigonometry | 2005-12-05 | P |
| 001831 | Stagner,Marian L | 000168 | Basic Mathematics | 2003-05-19 | P |
| 001831 | Stagner,Marian L | 000104 | Algebra | 2003-07-14 | P |
| 001831 | Stagner,Marian L | 000505 | Geometry | 2005-07-18 | P |
| 001831 | Stagner,Marian L | 001284 | Trigonometry | 2005-12-05 | P |
| 075087 | Stevenson,Jesse Lee | 000168 | Basic Mathematics | 2007-02-26 | P |
| 000731 | Stinson,Hank C | 000104 | Algebra | 2003-02-10 | P |
| 000731 | Stinson,Hank C | 000505 | Geometry  (In-Service Math Pro | 2003-04-07 | P |
| 000731 | Stinson,Hank C | 001284 | Trigonometry | 2003-05-12 | FL |
| 000731 | Stinson,Hank C | 001284 | Trigonometry | 2005-12-05 | P |
| 084108 | Watson,Ronto D | 000168 | Basic Mathematics | 2005-10-31 | P |
| 001425 | Weaver,Mary K | 001284 | Trigonometry | 2005-12-05 | P |
| 001816 | West,Andrew D | 000104 | Algebra | 2003-07-14 | P |
| 001816 | West,Andrew D | 000505 | Geometry | 2005-07-18 | P |
| 001816 | West,Andrew D | 001284 | Trigonometry | 2005-12-05 | P |
| 069390 | Witherspoon,Raymond | 000168 | Basic Mathematics | 2004-04-19 | FL |
| 001254 | Yarbrough,Blakely Thomas | 000168 | Basic Mathematics | 2004-04-19 | P |
| 001254 | Yarbrough,Blakely Thomas | 000104 | Algebra | 2005-06-07 | P |
| 001254 | Yarbrough,Blakely Thomas | 000505 | Geometry | 2005-07-18 | P |
| 001254 | Yarbrough,Blakely Thomas | 001284 | Trigonometry | 2005-12-05 | P |



# ALABAMA
# DEPARTMENT OF TRANSPORTATION

NINTH DIVISION
OFFICE OF DIVISION ENGINEER
1701 NORTH BELTLINE HWY
MOBILE, ALABAMA 36618-1109
Telephone (251) 470-8200
Fax (251) 473-3624



**Alabama Department of Transportation**
**Ninth Division**
**Staff Meeting**
**September 22, 2003**

| Attendees: | R. F. Poiroux | Ken Owens | Leon Malone |
|---|---|---|---|
| | Vince Calametti | Matt Ericksen | Iris Malone |
| | Jackie Glasgow | Dewayne Hood | |
| | Steve Watkins | Jeannette Brown | |
| | Nick Amberger | Mark Alford | |

A meeting was called September 22, 2003, by Mr. Poiroux to discuss the following issues:

1. **Mandatory Compliance with Article Seven of Consent Decree**

   Mr. Poiroux asked Mrs. Brown to explain the procedure regarding the submittal of the Request to Fill/not to Fill or Abolishment forms. Mrs. Brown indicated that she relies on the supervisors to inform her when an employee separates from our Department. She indicated that the form must be in her office three days after the employee resigns, retires, transfers, promotions, etc., in order for to have this form in Montgomery within seven days. Mr. Poiroux revealed that this procedure is not sufficient. He asked Mrs. Brown to develop another procedure. Mrs. Brown asked for suggestions? Staff members stated that "they would ensure that she receives notification regarding the Request to Fill/not to Fill or Abolishment Form in advance". In addition, Mrs. Brown advised the staff that it is very important that we establish a "zero tolerance" policy for the submission of this form. Mr. Poiroux informed the staff that failure to forward this form in a timely manner will result in the violation of article seven of the Consent Decree; and it could result in disciplinary action.

   **Processing of the Certificate of Eligibles** – Mrs. Brown indicated that once this list is in, she has five days to submit the availability letters; ten days to receive responses from applicants; give applicants five days after the ten days to respond; get SOI questions ready to interview applicants; and after interview is completed, list must be processed within two weeks and forwarded to Montgomery with the applicant (s) selected to be employed. Mrs. Brown stated that "there are more steps to follow, but will not go into depth due to too many steps.". She indicated that all minorities must be interviewed if they marked that they are available on the Availability Letter. In addition, Mrs. Brown advised that there are no delays when processing COE's, because this takes top priority. The staff members were informed that State Personnel will not accept any delays when processing the COE's. Also, she revealed that if this directive is not followed, it would be considered a direct violation of the State Personnel Department's policy. Mr. Poiroux requested that the Personnel Rules and Regulations Policy be kept on each desk at all times in order for staff to be able to know what type of action to take in this matter.

2. **Department Examination and Structured Interview Security** – We were advised by Mr. Poiroux that the above-mentioned security is very important. Mrs. Brown indicated that it is very imperative that we protect the confidentiality of the questions regarding the Structured Oral Interview. A question was asked, how would the interviewer know if the SOI questions have been used by another Department before interviewing the applicant? Mrs. Brown

R. F. Poiroux, P.E.
Division Engineer

RFP/irm
c: Staff Members
   File

**DEFENDANT'S EXHIBIT**
27

Staff Meeting
September 22, 2003
Page 2

> stated that "she would indicate on the Availability Letter a "box "for the applicants to check whether or not they have been interviewed under the SOI status." Mr. Glasgow informed Mr. Poiroux and Mrs. Brown that he has not had the SOI Training, as well as, Mr. Brent Maddox. Therefore, Mr. Poiroux asked Mrs. Brown to get them scheduled as soon as possible. A question asked, what is the expiration date regarding Structured Oral Interview? Mrs. Brown stated that "she would check with, Mrs. Vivian Handy, Personnel Office, on the expiration date (would like to know if the expiration is good for two (2) years) and how long do you wait to interview?" Mr. Poiroux informed Mrs. Brown that he would like a letter to be written regarding her findings. Mr. Ken Owens informed the staff that he has not had Performance Appraisal Training. Mr. Poiroux asked Mrs. Brown to have him scheduled as soon as possible for this training. Mrs. Brown advised that she would get Debra Hadley to call Mr. Willie Franklin of the Training Bureau to set up this training.

3. **Departmental Policy Regarding Personal Use of State Cellular Telephones** – The staff members were told by Mr. Poiroux not to let the use of their cellular phone get out of hand. He indicated that you may use the phone if it is of a personal matter if working late, etc.

4. **Career Path Videos**- Mrs. Debra Hadley indicated to staff members that it is mandatory that each employee is made aware of the career path videos. She stated that "the Career Path Program is a part of our Consent Decree and must be offered each year." These videos are set up for the months of July and August. Mr. Poiroux indicated that he would like for these videos to be set up during the winter months. He asked Mrs. Brown to get with Mrs. Hadley to see if she could get these videos scheduled for the winters along with sending the video schedule to the employees; to see if Mrs. Hadley could setup the video tapes for each office, which should be cleared by each supervisor; and would like for her to make phone calls instead of emailing the supervisors in order to make sure the supervisor understands what it scheduled for our employees. In addition, Mr. Poiroux would like Mrs. Hadley to see if Mr. Maddox and Mr. Watkins could setup their own Career Path Videos in their Districts.

5. **FE&PE Courses** – Mr. Poiroux advised staff members that they need to check with their employees to see if they want to attend these courses. Mrs. Debra Hadley has a list for you to check "yes or no" and will process the rest of the data. Since this is dealing with the Court Decree, Mr. Poiroux stated, "He wants to sign documentations for these courses." Also, Mr. Poiroux would like Mr. Don Powell to call and check with employees to see if they are interested in taking these exams.

6. **Job Applications** – The staff members were informed by Mr. Poiroux that he does not want us accepting applications from applicants and submitting them to State Personnel with the exception of clerical aides, laborers, and seasonal laborers.

7. **State Employee Report of Injury** – It was indicated to the staff by Mrs. Brown that the SEICTF form is being turned in too late to the Personnel/Payroll/Workman's Compensation Office. Also, she stated that "all restrictions must be approved by Mr. Poiroux. If he is on leave, please get with Mr. Calametti."

8. **Payroll Checks** – Mrs. Brown informed staff members that all payroll checks will be submitted to the supervisors' offices. In order for the Personnel Office to know where your employee(s) is located, you will need to submit to her office copies of the reassignment letters advising her staff where the employees are located; and so that the organization chart can be updated to reflect these changes.

Staff Meeting
September 22, 2003
Page 3

> **Object Codes** – Mrs. Brown indicated that the object codes are being turned in wrong. The wrong code is being used by secretaries/supervisors. Mr. Poiroux asked Mrs. Brown to call Mrs. Diana Henley to set up training regarding the above-mentioned subject so that the new secretaries can be trained in this capacity.

9. **Functional Analysis and Records Disposition Authority** – Mr. Calametti informed the staff that the Functional Analysis and Records Disposition documentation has been approved by Mr. Dykes Rushing. He informed the staff members that the Division has to appoint a Record Officer to keep these records. Mr. Poiroux appointed Mrs. Jeannette Brown to be in charge of these records.

10. **Construction Personnel** – Mr. Calametti informed the staff that there is a huge transition in Construction. He indicated that we really need to work closely with the new employees. Mr. Poiroux stated that "Mr. Leon Malone is expected to provide assistance to the staff. He is going to get out in the Districts, project offices, etc., and talk with the engineers/supervisors regarding problems that may have occurred with their employees."

11. **Training Report** – Mrs. Debra Hadley advised the staff members that training reports are not being submitted on new secretaries, laborers, etc. Mrs. Hadley indicated that these employees are not getting credit for this training. Also, she informed the staff that these training reports are due on the 15th of each month. Mrs. Hadley advised that she has not received any training reports on secretaries, EA's, CE's, etc. She stated that, "a check-off list 'will be utilized in the future". In addition, she is not receiving memo's, letters, etc., regarding various training. Mr. Poiroux advised the staff to submit copies of the sign-in-sheets, agendas, letters, etc., to Mrs. Hadley in the future.

12. **EDP Report** - Mrs. Hadley indicated to the staff members that supervisors are not turning in the EDP reports in a timely manner. These reports must be turned in reflecting the training they have received. She stated that, "the Tunnel employees need to be checked on as for as EDP approval for training". She also indicated that their Form 40's & 13 P's can be revised at anytime. Mrs. Hadley stated that "these forms can be added to or a new one can be prepared".

**Math Classes** – Mrs. Hadley indicated that the new EA's (six (6) months) must attend the Basic Math and Algebra Classes. Their grades will be forwarded to Mr. Poiroux and the project Engineers. If the EA does not take and pass Basic Math, his/her probationary period will be extended for three months. In addition, she informed that the Training Bureau sets up the Basic Math classes; therefore, if there is a problem, get with Mr. Poiroux. If the employee can not pass Basic Math, Mr. Poiroux will need to write a letter to Mr. Dan Morris. Mr. Poiroux informed the staff members that if the employee can not pass Basic Math, we do not need to keep him/her.

Meeting adjourned at 10:30 a.m.

_____
R. F. Poiroux, P.E.
Division Engineer

RFP/irm
c: Staff Members
   File

STATE OF ALABAMA         )

COUNTY OF MOBILE       )

### CERTIFICATION OF BUSINESS RECORDS

My name is Jeannette Brown. I am employed as the Transportation Office

Manager of the Alabama Department of Transportation in Mobile, Alabama.

I hereby certify that the attached certifications are a true and accurate copy of The

Department of Transportation's Ninth Division Staff Meeting Minutes dated September

22, 2003, which is kept in the regular course of business.


Jeannette Brown
Transportation Office Manager


SWORN TO AND SUBSCRIBED BEFORE ME, this the 23rd day of
June, 2008.

NOTARY PUBLIC

MY COMMISSION EXPIRES:
3/21/09

Revised: June 15, 2005

## INTERVIEW FORM

This interview form must be used and filled out in all interviews of applicants for all positions. The purpose of the form is to comply with the provision of the Consent Decree on the subject of conducting objective, non-discriminatory job interviews. Paragraph 5, Article VIII provides that: "The Department of Transportation will develop and use forms to be filled out by the interviewer or interviewers which will list the job-related qualifications of each eligible interviewed". Additional purposes of the form are to comply with the Americans with Disabilities Act and prevent all other forms of hiring discrimination.

### A. GENERAL INFORMATION:

1. PCQ #s: 1736115, 1902800, 1926900, 1948102

2. Name: LASHUNDRA YATES

3. Address: 714 S CEDAR ST.
   MOBILE, AL 36603

4. Telephone number(s) where you can be reached: (251) 441-8933  406-5013

5. SSN: 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

### B. PRIOR WORK EXPERIENCE:

1. Where have you worked? BERNARDS CONTRACTING; SEE APPLICATION FOR OTHERS.

2. At each place of employment, what job title(s) did you hold? OFFICE ASSISTANT

3. As to each job, what duties and responsibilities did you have in that job? FILE, ANSWERING PHONE, CONFIRMING APPOINTMENTS, FAXING, etc.

(Add additional sheets if necessary)

4. Is there anything else about your work history that we have not discussed that would enable you to better perform the job?

   NO

DEFENDANT'S EXHIBIT
28

LASHUNDRA YATES

Applicant's Name

**C.   VOCATIONAL TRAINING:**

1.   Have you had vocational or trade training? _____ Yes __X__ No

2.   If so, where did you have the training? _____

_____

3.   For how long did you receive that training? _____

4.   What vocational field was the training in? _____

5.   Did you complete the course? _____ Yes _____ No

6.   Do you have a certificate relating to the training? _____ Yes _____ No

**D.   MILITARY SERVICE**

1.   Have you been in the military service? _____ Yes __X__ No

2.   If so, what was your primary MOS (Military Occupational Specialty)?

_____

_____

3.   Did you have a secondary MOS? _____ Yes _____ No

If so, what was it? _____

4.   Did you have any occupational or vocational training in the service? _____ Yes _____ No

If so, what was the training in? _____

**E.   EDUCATION:**

If job does not require at least a high school diploma, DO NOT ask about applicant's educational attainments. Applicant may be asked about educational attainments if it has been validated by the State Personnel Department that a high school diploma or GED is required for the job.

For jobs requiring a college degree, the following questions can be asked:

1.   What field of study do you have your degree in? _____

LASHUNDRA YATES
Applicant's Name

2. What college courses have you taken related to?_____
(fill in the job classification you are interviewing for)

_____

3. Do you have any post-graduate degree or course work related to?_____
(fill in the job classification you are interviewing for)

_____

4. For non-degree jobs involving the use of math, ask what math courses the applicant has taken and passed (explain that a high school diploma or GED is not required).

_____

_____

5. Can you produce or provide an official transcript or other official proof of math courses taken showing your grades? _____ Yes _____ No

Comments: _____

_____

## F.  JOB DIMENSIONS:

The job you are applying for requires the following job dimensions to be performed to a fully competent level in the position for which the interview is being held. The following is a list of the job dimensions including essential functions, knowledge, position capabilities, behavioral qualities and environmental factors.

| | | |
|---|---|---|
| 1. Communicates | 11. Inspects construction operations | 21. _____ |
| 2. Enters data | 12. Operates vehicles/ equipment | 22. _____ |
| 3. Fills out documents | 13. Maintains survey equipment | 23. _____ |
| 4. Gathers information | 14. Participates in training | 24. _____ |
| 5. Monitors/ observes construction activities | 15. Clears/stakes survey lines | 25. _____ |
| 6. Performs tests | 16. _____ | 26. _____ |
| 7. Test materials | 17. _____ | 27. _____ |
| 8. Reviews/ reads plans/ spec., etc. | 18. _____ | 28. _____ |
| 9. Draws/ plots profiles, etc. | 19. _____ | 29. _____ |
| 10. _____ | 20. _____ | 30. _____ |

(Add additional sheets if needed.)

LASHUNDRA YATES
Applicant's Name

List the prewritten interview questions that were developed for the interview during the research phase. Ask each applicant all questions. The questions are to be directly related to the list of requirements needed for the position as listed above. Record applicant answers on an additional sheet corresponding the correct number and question to the right answer. This answer sheet is to be attached to the Interview Form. Do not forget to record the applicant's name and social security number on each additional answer sheet.

1.

2.

3.

4.

5.

6.

7.

8.

9

10.

11.

12.

13.

14.

15.

16.

17.

18.

(Add additional sheets if needed.)

**LASHUNDRA YATES**
Applicant's Name

**ASK THIS QUESTION:** Do you know of any reason that you could not perform these functions of this job, with or without reasonable accommodations that I have listed and described to you? _____ Yes __X__ No

## G.   WORK CONDITIONS:

1. Describe work condition: You would be required to fulfill the duties of this position in a particular work environment. The condition involves:
   _____ (e.g. sitting, standing, walking, climbing) and
   _____ (e.g. working indoors or outdoors) and
   _____ (use of what equipment and machinery).

2. The work hours required for this job are _7AM - 4PM_ and
   (_____ no _____ some _____ extensive) overnight travel with
   (_____ no _____ some _____ extensive) overnight and/or weekend work required).

3. Ask this question: Do you know of any reason that you could not perform the functions of this job, with or without reasonable accommodations, that I have described to you under the conditions and work environment that I have just explained to you? _____ Yes __X__ No

4. Do you know of any reason that you would not be able to be at your assigned workplace on a regular basis and perform all of the tasks that have been explained to you? _____ Yes _X_ No
   If yes, explain: _____

## H.   LEAVE AND BENEFITS:

1. Do you understand about the accumulation of sick and annual leave, other benefits, and about the delay between work performed and pay received? __X__ Yes _____ No

## I.   ADDITIONAL TRAINING, EXPERIENCE, AND/OR SCHOOLING:

1. Is there anything else about your work history, training or experience that would enable you to better perform the tasks I have described to you? _NO_

2. Have you ever received any special honors, recognitions, awards, promotions, acknowledgement of achievements or have you held any offices that would relate in any way to the job for which you are being interviewed today? _____ Yes __X__ No

   Comments: _____
   _____

3. Do you know of any other reason or fact about yourself that would make you especially qualified for the job for which you are interviewing? __X__ Yes _____ No

   EASY LEARNER,

LASHUNDRA YATES
Applicant's Name

**J.      APPLICANT'S INTEREST IN CONTINUING CONSIDERATION FOR POSITION:**

Based on the description of the job duties and responsibilities presented to me during my interview on this date, I would like to:

X      Continue to be considered for position(s); or

____ Remove my name for consideration for this position.

x _____        5/10/06
Applicant's Signature                Date

VERA MILHOUSE
Interviewer #1 – Printed Name

_____
Signature

NFR AMR
Race

5/10/06
Date

JOE FRESOLONE
Interviewer #2 – Printed Name

_____
Signature

WHITE
Race

5/10/06
Date

JOE FRESOLONE
Interviewer #3 – Printed Name

_____
Signature

WHITE
Race

5/10/06
Date

Mobile AL
Location of Interview

Interviewer #4 – Printed Name

_____
Signature

_____
Race

_____
Date

**(Revised 6/05)**



**ALABAMA**
**DEPARTMENT OF TRANSPORTATION**

NINTH DIVISION
OFFICE OF DIVISION ENGINEER
1701 I-65 WEST SERVICE ROAD N
MOBILE, ALABAMA 36618-1109
Telephone: (251) 470-8200
Fax: (251) 473-3624



BOB RILEY
GOVERNOR

JOE McINNIS
TRANSPORTATION DIRECTOR

## <u>MEMORANDUM</u>

DATE:       December 19, 2006

TO:         File

FROM:       Bret Paulk      B.P.
            Project Engineer

RE:         **LaShundra Jackson – Probation Extension**

LaShundra Jackson is required to attend both the Basic Math and Algebra courses as part of the new Engineering Assistant Orientation. Mrs. Jackson failed to attend Algebra within her first 6 months of employment; therefore it is recommended that the employee's probation be extended for a period of 3 months.

c:      Mr. Jay Palmer
        File



**DEFENDANT'S EXHIBIT**
29



# ALABAMA
# DEPARTMENT OF TRANSPORTATION

NINTH DIVISION
**OFFICE OF DIVISION ENGINEER**
1701 I-65 WEST SERVICE ROAD N
**MOBILE, ALABAMA 36618-1109**
TELEPHONE: (251) 470-8200
FAX: (251) 473-3624



BOB RILEY
GOVERNOR

JOE MCINNES
TRANSPORTATION DIRECTOR

March 21, 2007

Mrs. Lisa S. Champagne
5468 Marlowe Dr
Satsuma, AL 36572

| | |
|---|---|
| Job Classification: | Engineering Assistant |
| Semi- Monthly Entrance Salary: | $933.20 |
| Salary Range: | $933.20 - $1419.30 |
| Location: | Mobile |
| Number of Vacancies: | 2 |
| Rank: | 2 |

Dear Mrs. Champagne:

I am pleased to inform you that upon recommendation of this office and approval by
Mr. D. J. McInnes, Transportation Director, you have been certified for appointment in the
Classification of Engineering Assistant in the Ninth Division of the Alabama Department of
Transportation effective **April 1, 2007.** Your salary will be $933.20 semi-monthly. You should
report to Debra Hadley at 8:00 a.m on April 2, 2007 to complete your new employee paper work
and receive your math placement test. You may bring a scientific calculator if you choose. Upon
completion of the new employee information you will report to Mr. Joshua McElhenney, Project
Engineer, to receive your job assissgnment.

You will serve in the Engineering Assistant Classification on a probationary (trial) basis for a period
of six months during which time your work habits and job responsibilities will be carefully observed.
If, during the probationary period, your services are satisfactory, you will receive full merit system
status at the end of the six months.

Congratulations on your appointment.

Sincerely,

Jeannette Brown
Transportation Office Manager

JB/jb
c:     Mr. V. E. Calametti
       Mr. S. J. Palmer
       Mr. J. McElhenney
       Mrs. Debra Hadley
       Personnel File
       Payroll Clerk
       File (1948000)

**DEFENDANT'S**
**EXHIBIT**
30

**ALDOT Ninth Division**
**All Math Classes**
**January 1, 2002 - February 27, 2008**

| ID | Name | Course | Title | Start Date | Grade |
|----|------|--------|-------|-----------|-------|
| 083713 | Adams,Terry Jerome | 000168 | Basic Mathematics | 2005-05-16 | FL |
| 083965 | Alexander,Danielle D | 000168 | Basic Mathematics | 2005-05-16 | P |
| 083965 | Alexander,Danielle D | 000104 | Algebra | 2005-06-07 | P |
| 083965 | Alexander,Danielle D | 000505 | Geometry | 2006-01-09 | P |
| 083965 | Alexander,Danielle D | 001284 | Trigonometry | 2006-07-17 | P |
| 001633 | Allison,Avery V | 000168 | Basic Mathematics | 2003-05-19 | P |
| 001633 | Allison,Avery V | 000104 | Algebra | 2003-07-14 | P |
| 001633 | Allison,Avery V | 000505 | Geometry | 2005-07-18 | P |
| 001020 | Andrews,Roger Dale | 000104 | Algebra | 2005-06-07 | FL |
| 001020 | Andrews,Roger Dale | 000104 | Algebra | 2006-08-28 | P |
| 001020 | Andrews,Roger Dale | 000505 | Geometry | 2007-06-18 | P |
| 002525 | Baker,Gary D | 001284 | Trigonometry | 2005-12-05 | FL |
| 001494 | Baskin,Kunta Kente | 000168 | Basic Mathematics | 2004-04-19 | P |
| 094886 | Blan JR,Gene N | 000104 | Algebra | 2007-10-22 | P |
| 000585 | Boone,Joel Q | 000168 | Basic Mathematics | 2004-04-19 | P. |
| 075088 | Brinkman Jr,Allen W | 000104 | Algebra | 2003-07-14 | FL |
| 075088 | Brinkman Jr,Allen W | 000104 | Algebra | 2005-06-07 | P |
| 075088 | Brinkman Jr,Allen W | 000505 | Geometry | 2005-07-18 | P |
| 075088 | Brinkman Jr,Allen W | 001284 | Trigonometry | 2005-12-05 | FL |
| 001522 | Brown,Joel W | 000104 | Algebra | 2003-02-10 | P |
| 001522 | Brown,Joel W | 000505 | Geometry  (In-Service Math Pro | 2003-04-07 | P |
| 001522 | Brown,Joel W | 001284 | Trigonometry | 2003-05-12 | P |
| 001700 | Burroughs,Randell L | 000168 | Basic Mathematics | 2003-05-19 | P |
| 001700 | Burroughs,Randell L | 000104 | Algebra | 2003-07-14 | P |
| 001700 | Burroughs,Randell L | 000505 | Geometry | 2005-07-18 | P |
| 001700 | Burroughs,Randell L | 001284 | Trigonometry | 2005-12-05 | FL |
| 001700 | Burroughs,Randell L | 001284 | Trigonometry | 2006-07-17 | P |
| 009892 | Cain,Maurice T | 000104 | Algebra | 2003-02-10 | FL |
| 074999 | Campbell,Michael G | 000505 | Geometry | 2005-07-18 | P |
| 074999 | Campbell,Michael G | 001284 | Trigonometry | 2005-12-05 | P |
| 058389 | Champagne,Lisa S | 000168 | Basic Mathematics | 2007-07-16 | P |
| 058389 | Champagne,Lisa S | 000104 | Algebra | 2007-08-20 | P |
| 058389 | Champagne,Lisa S | 000505 | Geometry | 2007-11-05 | P |
| 084434 | Chapple III,Mose | 000168 | Basic Mathematics | 2006-02-13 | P |
| 084434 | Chapple III,Mose | 000104 | Algebra | 2006-08-28 | P |
| 084434 | Chapple III,Mose | 000505 | Geometry | 2007-06-18 | P |
| 084434 | Chapple III,Mose | 001284 | Trigonometry | 2007-07-23 | P |
| 001637 | Clark,Peggy D | 000104 | Algebra | 2003-02-10 | P |
| 001637 | Clark,Peggy D | 000505 | Geometry  (In-Service Math Pro | 2003-04-07 | P |
| 009641 | Clark,William H | 000168 | Basic Mathematics | 2007-02-26 | F |
| 083762 | Clement,Diana L | 000104 | Algebra | 2005-06-07 | P |
| 083762 | Clement,Diana L | 000505 | Geometry | 2006-01-09 | P |
| 083762 | Clement,Diana L | 001284 | Trigonometry | 2006-07-17 | P |
| 75008 | Cotton,Thomas S | 000168 | Basic Mathematics | 2005-05-16 | P |
| 75008 | Cotton,Thomas S | 000104 | Algebra | 2005-06-07 | P |
| 75008 | Cotton,Thomas S | 000505 | Geometry | 2005-07-18 | P |
| 00628 | Crook,Kenya Janice | 000168 | Basic Mathematics | 2004-04-19 | P |

GHRI

APPROVED _____

APPROVED _____ *01-31-07*

**Form 13F**
**Revised (01/2006)**

**EMPLOYEE PERFORMANCE *PROBATIONARY***
**STATE OF ALABAMA**
**Personnel Department**

*4{1—92*

Employee Name: LISA S CHAMPAGNE

Social Security Number: XXX-XX-5521

Agency: 012/TRANSPORTATION

Division: 0090/9TH DIVISION - MOBILE

Classification: ENGINEERING ASSISTANT

Class Code: 20111

Period Covered From: 04/02/2007 To: 10/01/2007

Position Number: 1948000

---

**APPRAISAL SIGNATURES:** Signatures are to be provided after the form has been completed. Signatures denote supervisor and employee discussion and receipt of form, not agreement. All signatures are mandatory.

| **Rating Supervisor** | **Employee** | **Reviewing Supervisor** |
|---|---|---|
| SSN  XXX-XX-4904 | | SSN  XXX-XX-4593 |
| *Brat Paull* | *Lisa S. Champagne* | *Samuel Pal* |
| Rater Signature | Employee Signature | Reviewer Signature |
| BRET PAULK | 9/14/07 | SAMUEL J PALMER JR |
| Rater Printed Name | Date | Reviewer Printed Name |
| 9-14-07 | | 9-14-07 |
| Date    Initial if comments attached | Initial if comments attached | Date    Initial if comments attached |

It is recommended that the employee be:

_____ Continued in the probation (reason stated in Disciplinary Actions Area)

__X__ Given permanent increase status in the position. Probationary increase to $ 1014.50 Step 4 Effective 10/16/07

_____ Separated before or at the end of the probationary period (reason stated in Disciplinary Actions Area)

APPOINTING AUTHORITY Signature                                                    09/21/07     Date

---

**PROBATIONARY PERFORMANCE APPRAISAL SCORE:** Locate the Responsibility Score on the back of this form and write it in the appropriate space. Locate the Disciplinary Score, also on the back of this form, and write it in the appropriate space. The Disciplinary Score is subtracted from the Responsibility Score to derive the Probationary Performance Appraisal Score. Documentation is to be maintained in the agency's personnel files if a "Does Not Meet" or "Consistently Exceeds" rating is given.

| 28.9 | − | "0" | = | 28.9 |
|---|---|---|---|---|
| Responsibility Score | | Disciplinary Score | | Probationary Performance Appraisal Score |

This employee's work:

| Does Not Meet Standards (6.6 or below) | Partially Meets Standards (6.7 - 16.6) | Meets Standards (16.7 - 26.6) | X Exceeds Standards (26.7 - 36.6) | Consistently Exceeds Standards (36.7 - 40) |
|---|---|---|---|---|

---

**WORK HABITS:** Check the appropriate space for each Work Habit area. Work Habits pertain to conduct occurring in this Appraisal period. Provide an explanation below for marking any work habit as "Unsatisfactory." Attach additional sheets if necessary. No disciplinary action has to be taken to mark a Work Habit "Unsatisfactory."

| | Unsatisfactory | Satisfactory | |
|---|---|---|---|
| Attendance | ____ | X | _____ |
| Punctuality | ____ | X | _____ |
| Cooperation with Coworkers | ____ | X | _____ |
| Compliance with Rules | ____ | X | _____ |

1      IN THE UNITED STATES DISTRICT COURT
       FOR THE MIDDLE DISTRICT OF ALABAMA
2                  NORTHERN DIVISION

3

       LASHUNDRA
4      JACKSON,

5           Plaintiff,
                                    CIVIL ACTION NO.
6      vs.                          2:07-CV-645-MEF

7      STATE OF ALABAMA
       DEPARTMENT OF
8      TRANSPORTATION,
       JOE McINNES, in
9      his official
       capacity as
10     DIRECTOR OF THE
       STATE OF ALABAMA
11     DEPARTMENT OF
       TRANSPORTATION,
12
            Defendants.
13

14          *     *     *     *     *     *

15

16          DEPOSITION OF BRET PAULK,

17     taken pursuant to notice and
       stipulation on behalf of the
18     Plaintiff, in the Ninth Division
       Office of the Alabama Department of
19     Transportation, 1701 I-65 West Service
       Road North, Mobile, Alabama, before
20     Karen Reagan Drinkard, AL-CCR #005,
       Certified Court Reporter and Notary
21     Public in and for the State of Alabama
       at Large, on June 18th, 2008,
22     commencing at 2:45 p.m.

23



DEFENDANT'S
EXHIBIT
31

1   Q.   Okay.  Did you ever tell Ms. Jackson

2        that she wouldn't move forward at

3        ALDOT in her condition?

4             (Off-the-Record discussion.)

5   A.   No.

6   Q.   Did you ever make any comments to her

7        about her chances for progress, her

8        being pregnant?

9   A.   No.

10  Q.   If she testifies that you did make a

11       comment like that, then that would

12       just be untrue?

13  A.   Yes.  That would be a lie.

14  Q.   When she was transferred to Tony

15       Cooper, were you aware of anybody

16       having made a decision to recommend

17       her for termination?

18  A.   I don't recall.

19  Q.   When did you first become aware that

20       someone had recommended that she be

21       terminated?

22  A.   I don't remember.

23  Q.   How did you become aware of that?

Form IB3
Revised 9/01

# STATE EMPL  EE'S MEMBERSHIP STATU  CHANGE

| SUBSCRIBER INFO | Name (Last, First, Middle Initial) | SOCIAL SECURITY NO. | EFFECTIVE DATE OF CHANGE |
|---|---|---|---|

SUBSCRIBER INFO    *Weaver, Mary K.*

EFFECTIVE DATE OF CHANGE  *4-17-03*
(Month/Day/Year)

## DROP DEPENDENT COVERAGE

☐ Change from Family to Single Coverage
☐ Cancel dependent(s) listed below from Family Coverage

(Month/Day/Year)

☐ Death _____
☐ Divorce _____
☐ Child Married _____
☐ Other _____

## ADDITIONS - Provide Documentation
(270-day waiting period for pre-existing conditions. Exception: Open Enrollment)

☐ Change from Single to Family Coverage Add Dependent(s)
☒ Add dependent(s) listed below to Family Coverage
☐ Adding Former State Employee;

Former Employee's Social Security # _____

Last work day: _____

| Last Name | First Name | Initial | Documentation is required. (See back of this form.) Relationship to Employee | Birth Date | Social Security Number |
|---|---|---|---|---|---|
| | | | ☐ Husband   ☐ Wife | | |
| *Weaver,* | *Deryl* | *T.* | ☐ Son   ☐ Stepson<br>☒ Daughter   ☐ Stepdaughter | *4-17-03* | |
| | | | ☐ Son   ☐ Stepson<br>☐ Daughter   ☐ Stepdaughter | | |
| | | | ☐ Son   ☐ Stepson<br>☐ Daughter   ☐ Stepdaughter | | |
| | | | ☐ Son   ☐ Stepson<br>☐ Daughter   ☐ Stepdaughter | | |
| | | | ☐ Other Relationship | | |
| | | | ☐ Other Relationship | | |

Dependent premium for the period _____ through _____ (Check must be attached) $ _____

☐ Cancel Subscriber's coverage (part-time employees only)

Work Telephone Number

DEFENDANT'S EXHIBIT
32

☐ Change Address

## AFFIRMATION AND RELEASE

I hereby affirm that I have completely read and fully understand the terms and conditions of this form. I attest that all the representations made by me on this form are true and correct. I understand that any misrepresentation may result in the forfeiture of insurance coverage and that I will be personally liable for all claims related to such misrepresentation. I further understand that there is mandatory utilization review and I do hereby give permission to release any information necessary to evaluate, administer, and process claims for benefits to any person, entity, or representative acting on the State's behalf.

*Mary K. Weaver*          *4-17-03*
Employee Signature          Date

Street Address                          Apartment Number

City          County          State          ZIP

*Barbara Gail Strickland*
Signature of Payroll Clerk          (Required to verify any payroll action taken)          Date

State Agency: *Transportation*