# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **LASHUNDRA JACKSON,** | ) |
| **Plaintiff,** | ) |
| v. | ) |
| | ) CASE NO. 2:07-cv-645-MEF |
| **STATE OF ALABAMA DEPARTMENT OF TRANSPORTATION, JOE MCINNES,** *etc.*, | ) |
| **Defendants.** | ) |

## NOTICE OF SERVICE OF DISCOVERY

Defendants State of Alabama Department of Transportation and Joe McInnes hereby serve notice on the Clerk of the Court that they have served copies of the following discovery on the parties this date:

1. Notice of Deposition of Bertha Alexander;

2. Notice of Deposition of Gwenda Hunter.

RESPECTFULLY SUBMITTED

s/ Andrew W. Redd
Jim R. Ippolito, Jr. (IPP001)
Chief Counsel

Andrew W. Redd (RED001)
Assistant Counsel

**ADDRESS OF COUNSEL:**
State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama  36110
Telephone:  (334) 242-6350
Facsimile:  (334) 264-4359
redda@dot.state.al.us

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LASHUNDRA JACKSON, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) CASE NO. 2:07-cv-645-MEF |
| STATE OF ALABAMA DEPARTMENT OF | ) |
| TRANSPORTATION, JOE MCINNES, *etc.*, | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that, on **June 26, 2008**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECT system, which will send notification to the following:

Mr. Kell A. Simon, Esq.
Ross Melton, P.C.
1104 San Antonio Street
Austin, Texas 78701
ATTORNEY FOR PLAINTIFF

s/ Andrew W. Redd
Andrew W. Redd (RED001)
Assistant Counsel

**ADDRESS OF COUNSEL:**
State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama  36110
(334) 242-6350 (office)
(334) 264-4359 (facsimile)
redda@dot.state.al.us