IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LASHUNDRA JACKSON, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) CASE NO. 2:07-cv-645-MEF |
| STATE OF ALABAMA DEPARTMENT OF | ) |
| TRANSPORTATION, JOE MCINNES, *etc.*, | ) |
| | ) |
| Defendants. | ) |

## NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

Pursuant to this Court's Scheduling Order (Doc. No. 13), the parties in the above-styled cause have engaged in discussion concerning the settlement of this lawsuit. As a result of these discussions, the parties herewith advise the Court as follows:

1. The parties have not reached a settlement in this matter and are of the opinion that, at this time, settlement of this matter is not likely.

2. The parties are of the opinion that mediation of this matter will not assist in the resolution of this lawsuit.

RESPECTFULLY SUBMITTED

s/ Andrew W. Redd
Jim R. Ippolito, Jr. (IPP001)
Chief Counsel

Andrew W. Redd (RED001)
Jason A. Trippe (TRI012)
Assistant Counsel
COUNSEL FOR DEFENDANTS

**ADDRESS OF COUNSEL**:
State of Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, Alabama  36110
Telephone: (334)242-6350
Facsimile: (334) 264-4359
redda@dot.state.al.us
trippej@dot.state.al.us


          s/Kell A. Simon
          Kell Simon (SIM061)
          COUNSEL FOR PLAINTIFF

**ADDRESS OF COUNSEL**:
Ross Melton, P.C.
1104 San Antonio Street
Austin, Texas  78701
Telephone: (512) 474-7677
Facsimile: (512) 474-5306