IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LASHUNDRA JACKSON, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:07-cv-645-MEF |
| ) | |
| STATE OF ALABAMA DEPARTMENT ) | |
| OF TRANSPORTATION., *et al.,* ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

The Court has been notified by the parties that the dispute in the above-referenced case has been resolved. Accordingly, it is hereby ORDERED:

1. That the pretrial conference scheduled for August 28, 2008, and the trial set for September 29, 2008 are continued generally.

2. That the parties file a joint stipulation of dismissal on or before September 3, 2008.

3. All pending motions are DENIED as moot.

DONE this the 20th day of August, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE