IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LASHUNDRA JACKSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| STATE OF ALABAMA DEPARTMENT | ) CASE NO. 2:07-cv-645-MEF |
| OF TRANSPORTATION, JOE MCINNES, | ) |
| etc., | ) |
| | ) |
| Defendant. | ) |

**AGREED STIPULATION OF DISMISSAL**

NOW COME Plaintiff, Lashundra Jackson, and Defendants, State of Alabama Department of Transportation and Joe McInnes, and, pursuant to Rule 41, Fed. R. Civ., stipulate that the above-referenced civil action may be DISMISSED WITH PREJUDICE to the reprosecution of any and all claims that were or could have been asserted herein by any party, and with each party to bear her/its own attorney's fees and costs of court.

Respectfully Submitted:

| | |
|---|---|
| **Ross Law, P.C.** | **Alabama Dept of Transportation** |
| 1104 San Antonio Street | 1409 Coliseum Boulevard |
| Austin, Texas  78701 | Montgomery, Alabama 36130 |
| (512) 474-7677 Telephone | (334) 242-6350 Telephone |
| (512) 474-5306 Facsimile | (334) 264-4359 Facsimile |
| | |
| s/Kell Simon | s/Andrew Redd |
| Kell A. Simon | Jim Ippolito, Jr. (IPP 001) |
| State Bar No. 24060888 | Assistant Attorney General |
| | Chief Counsel |
| | Andrew W. Redd (RED001) |
| | Jason A. Trippe (TRI012) |
| | Assistant Attorneys General |
| | Assistant Counsel |

1